IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID REEVES, JR.,            )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:25cv977-MHT
                              )            (WO)
STATE TROOPER HUGHES,         )
                              )
     Defendants.              )
```

DISMISSAL ORDER

Upon consideration of plaintiff's notice of withdrawal of this case and request for dismissal (Doc. 9), which the court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is ORDERED that this case is dismissed without prejudice.

This case is closed.

DONE, this the 23rd day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE